**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEXIS JUARES,

                Plaintiff,
     -against-                                       24 **CIVIL** 6824 (LLS)

                                                              **JUDGMENT**

ODYSSEY HOUSE NYC INC.; SHATEEK
BILAL; OFFICE OF ADDICTION SERVICES
AND SUPPORTS,

                Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 28, 2025, the Court dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead. The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3). The Court denies Plaintiff's application for the court to request *pro bono* counsel without prejudice to renewal at a later date.

**Dated:** New York, New York

      November 13, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                           **BY:**    *K. Mango*

                                                         **Deputy Clerk**